UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA MARTINEZ,<br><br>                          Plaintiff,<br><br>v.<br><br>VANDERBILT MORTGAGE AND FINANCE, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; EQUIFAX INFORMATION SERVICES LLC,<br><br>                          Defendants. | Case No.: 20-CV-1792 TWR (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME**<br><br>(ECF No. 4) |

      Presently before the Court is the Plaintiff and Defendant Vanderbilt Mortgage and Finance, Inc.'s Joint Motion for Extension of Time to File Response to Complaint ("Joint Motion," ECF No. 4). Good cause appearing, the Court **GRANTS** the Joint Motion.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Defendant Vanderbilt Mortgage and Finance, Inc. **SHALL FILE** a response on or before November 26, 2020.

    **IT IS SO ORDERED.**

Dated: October 16, 2020

*[signature]*

Honorable Todd W. Robinson
United States District Court